# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: TROPICANA ORANGE JUICE
MARKETING AND SALES PRACTICES
LITIGATION**                                          MDL No. 2353

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –1)

On June 11, 2012, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Dennis M Cavanaugh.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Cavanaugh.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of June 11, 2012, and, with the consent of that court, assigned to the Honorable Dennis M Cavanaugh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 22, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: TROPICANA ORANGE JUICE
MARKETING AND SALES PRACTICES
LITIGATION                                                              MDL No. 2353

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- |

**ALABAMA NORTHERN**

| ALN | 2 | 12−00804 | Veal v. Tropicana Products Inc |
| --- | --- | --- | --- |

**ARKANSAS EASTERN**

| ARE | 4 | 12−00200 | Williams et al v. Tropicana Products Inc |
| --- | --- | --- | --- |

**GEORGIA NORTHERN**

| GAN | 1 | 12−00543 | Ratner v. PepsiCo, Inc. et al |
| --- | --- | --- | --- |

**MARYLAND**

| MD | 8 | 12−01435 | Traylor v. Tropicana Products, Inc. |
| --- | --- | --- | --- |

**MISSOURI WESTERN**

| MOW | 3 | 12−05043 | Loden et al v. Tropicana Products, Inc. |
| --- | --- | --- | --- |

**PUERTO RICO**

| PR | 3 | 12−01417 | Ortiz−Betancourt et al v. Pepsico Inc., et al |
| --- | --- | --- | --- |

**TENNESSEE WESTERN**

| TNW | 2 | 12−02269 | Hollenbach et al v. Tropicana Products, Inc |
| --- | --- | --- | --- |